UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. JOHNSON, II, | Case No. CV 16-7778-DMG (RAO) |
| Plaintiff, | |
| v. | JUDGMENT |
| ROBERTO GUERRA, | |
| Defendant. | |

In accordance with the Order Dismissing Complaint issued concurrently herewith, IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

DATED:  December 8, 2016

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE